JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GOROM, an individual<br><br>    Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., et al.,<br><br>    Defendants. | CASE NO. 2:12-cv-8374-SVW(AGR)<br><br>ORDER APPROVING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE |

Having read and considered the parties' Stipulation of Dismissal of Plaintiff's Complaint with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Court approves the Stipulation of Dismissal; and
2. Plaintiff's Complaint shall be and is hereby ordered dismissed with prejudice with each of the parties bearing its own costs and attorneys' fees; and
3. The action is hereby terminated.

IT IS SO ORDERED.

Dated: April 22, 2013

_____
HON. STEPHEN V. WILSON
United States District Judge